IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY BLACKETER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3156 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties. Further, the Clerk's Office has been informed that this case is related to case 4:02CV3222. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge