IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY BLACKETER, | ) | 4:06CV3156 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 13) is granted, and the briefing schedule is modified as follows:

1.    Plaintiff shall submit a brief by October 30, 2006;

2.    Defendant shall submit a brief by November 30, 2006;

3.    Plaintiff may submit a reply brief by December14, 2006; and

4.    This case shall be ripe for decision on December 15, 2006.


September 28, 2006.                    BY THE COURT:


                                      s/ *Richard G. Kopf*
                                      United States District Judge