IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY BLACKETER, | ) | 4:06CV3156 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 18) is granted, and the briefing schedule is modified as follows:

1. Defendant shall submit a brief by February 5, 2007;

2. Plaintiff may submit a reply brief by February 19, 2007; and

3. This case shall be ripe for decision on February 20, 2007.

January 5, 2007.                         BY THE COURT:


                                         s/ *Richard G. Kopf*
                                         United States District Judge